Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-358-156

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 15, 2023

## Title
───────────────────────────────

Title of Work: 2012 Federal - Wood Duck

## Completion/Publication
───────────────────────────────

Year of Completion: 2011
Date of 1st Publication: November 16, 2011
Nation of 1st Publication: United States

## Author
───────────────────────────────

- Author: Joseph Murray Hautman
Pseudonym: Joseph Hautman
Author Created: 2-D artwork
Citizen of: United States
Pseudonymous: Yes

## Copyright Claimant
───────────────────────────────

Copyright Claimant: Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions
───────────────────────────────

Organization Name: MHS Licensing
Name: John Haesler
Email: john@mhslicensing.com
Address: 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification
───────────────────────────────

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-358-066

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 14, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Bluebirds |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2009 |
| Date of 1st Publication: | November 01, 2009 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Joseph Murray Hautman |
| Pseudonym: | Joseph Hautman |
| Author Created: | 2-D artwork |
| Citizen of: | United States |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Joseph Murray Hautman |
| | 410 Sycamore Circle, Plymouth, MN, 55441-5667, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | MHS Licensing |
| Name: | John Haesler |
| Email: | john@mhslicensing.com |
| Address: | 111 3rd Avenue South |
| | Suite 360 |
| | Minneapolis, MN 55401 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-358-159

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 15, 2023

## Title

Title of Work: Bower Cardinals

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: January 05, 2015
Nation of 1st Publication: United States

## Author

- Author: Joseph Murray Hautman
  Pseudonym: Joseph Hautman
  Author Created: 2-D artwork
  Citizen of: United States
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions

Organization Name: MHS Licensing
Name: John Haesler
Email: john@mhslicensing.com
Address: 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-161

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 15, 2023

## Title

**Title of Work:** Canada Goose & Goslings

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** March 15, 2006
**Nation of 1st Publication:** United States

## Author

- **Author:** Joseph Murray Hautman
  **Pseudonym:** Joseph Hautman
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-068

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 14, 2023

---

## Title

Title of Work: Deer & Pines

## Completion/Publication

Year of Completion: 2001
Date of 1st Publication: July 15, 2001
Nation of 1st Publication: United States

## Author

- Author: Joseph Murray Hautman
  Pseudonym: Joseph Hautman
  Author Created: 2-D artwork
  Citizen of: United States
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions

Organization Name: MHS Licensing
Name: John Haesler
Email: john@mhslicensing.com
Address: 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-875

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 18, 2023



---

### Title

| | |
|---|---|
| Title of Work: | Dolphins |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2009 |
| Date of 1st Publication: | April 14, 2009 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Joseph Murray Hautman |
| Pseudonym: | Joseph Hautman |
| Author Created: | 2-D artwork |
| Citizen of: | United States |
| Pseudonymous: | Yes |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Joseph Murray Hautman |
| | 410 Sycamore Circle, Plymouth, MN, 55441-5667, United States |

### Rights and Permissions

| | |
|---|---|
| Organization Name: | MHS Licensing |
| Name: | John Haesler |
| Email: | john@mhslicensing.com |
| Address: | 111 3rd Avenue South |
| | Suite 360 |
| | Minneapolis, MN 55401 United States |

### Certification

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-358-555**

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 16, 2023

## Title

**Title of Work:** Fall Scenic

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** February 20, 2001
**Nation of 1st Publication:** United States

## Author

- **Author:** Joseph Murray Hautman
  **Pseudonym:** Joseph Hautman
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-152

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 15, 2023

---

## Title

Title of Work: Farm

## Completion/Publication

Year of Completion: 2008
Date of 1st Publication: September 05, 2008
Nation of 1st Publication: United States

## Author

- Author: Joseph Murray Hautman
  Pseudonym: Joseph Hautman
  Author Created: 2-D artwork
  Citizen of: United States
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions

Organization Name: MHS Licensing
Name: John Haesler
Email: john@mhslicensing.com
Address: 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-874

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 18, 2023



---

## Title

| | |
|---|---|
| **Title of Work:** | Garden Gate Bluebirds |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | June 15, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Joseph Murray Hautman |
| **Pseudonym:** | Joseph Hautman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Joseph Murray Hautman |
| | 410 Sycamore Circle, Plymouth, MN, 55441-5667, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MHS Licensing |
| **Name:** | John Haesler |
| **Email:** | john@mhslicensing.com |
| **Address:** | 111 3rd Avenue South |
| | Suite 360 |
| | Minneapolis, MN 55401 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-154

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 15, 2023

## Title

**Title of Work:** Golden Morning - Cardinals

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 10, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Joseph Murray Hautman
  **Pseudonym:** Joseph Hautman
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-359-008

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 21, 2023

---

## Title

Title of Work:  Hummingbird

## Completion/Publication

Year of Completion:  2011
Date of 1st Publication:  March 12, 2011
Nation of 1st Publication:  United States

## Author

- Author:  Joseph Murray Hautman
  Pseudonym:  Joseph Hautman
  Author Created:  2-D artwork
  Citizen of:  United States
  Pseudonymous:  Yes

## Copyright Claimant

Copyright Claimant:  Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions

Organization Name:  MHS Licensing
Name:  John Haesler
Email:  john@mhslicensing.com
Address:  111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-359-022

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 21, 2023

---

## Title

**Title of Work:** Majestic Tiger

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** September 10, 2006
**Nation of 1st Publication:** United States

## Author

- **Author:** Joseph Murray Hautman
  **Pseudonym:** Joseph Hautman
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-359-006

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 21, 2023

---

## Title
                                                                          
**Title of Work:** Northwoods Moose

## Completion/Publication
                                                                          
**Year of Completion:** 2003
**Date of 1st Publication:** April 10, 2003
**Nation of 1st Publication:** United States

## Author
                                                                          
- **Author:** Joseph Murray Hautman
  **Pseudonym:** Joseph Hautman
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant
                                                                          
**Copyright Claimant:** Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions
                                                                          
**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification
                                                                          

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-359-218**

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 22, 2023

---

## Title
_____

Title of Work:   Northwoods Moose 7

## Completion/Publication
_____

Year of Completion:   2005
Date of 1st Publication:   February 01, 2005
Nation of 1st Publication:   United States

## Author
_____

- Author:   Joseph Murray Hautman
  Pseudonym:   Joseph Hautman
  Author Created:   2-D artwork
  Citizen of:   United States
  Pseudonymous:   Yes

## Copyright Claimant
_____

Copyright Claimant:   Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions
_____

Organization Name:   MHS Licensing
Name:   John Haesler
Email:   john@mhslicensing.com
Address:   111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification
_____

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-359-242**

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 22, 2023

## Title

Title of Work: Orchard Goldfinch

## Completion/Publication

Year of Completion: 2003
Date of 1st Publication: October 01, 2003
Nation of 1st Publication: United States

## Author

- Author: Joseph Murray Hautman
  Pseudonym: Joseph Hautman
  Author Created: 2-D artwork
  Citizen of: United States
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions

Organization Name: MHS Licensing
Name: John Haesler
Email: john@mhslicensing.com
Address: 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-359-235

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 22, 2023



---

## Title

Title of Work: Proud Labs

## Completion/Publication

Year of Completion: 2010
Date of 1st Publication: December 01, 2010
Nation of 1st Publication: United States

## Author

- Author: Joseph Murray Hautman
  Pseudonym: Joseph Hautman
  Author Created: 2-D artwork
  Citizen of: United States
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions

Organization Name: MHS Licensing
Name: John Haesler
Email: john@mhslicensing.com
Address: 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-359-208

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 22, 2023



---

## Title
_____

**Title of Work:** Screaming Eagle

## Completion/Publication
_____

**Year of Completion:** 2006
**Date of 1st Publication:** December 20, 2006
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Joseph Murray Hautman
  **Pseudonym:** Joseph Hautman
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions
_____

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification
_____

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-359-290**

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 22, 2023

---

## Title

**Title of Work:** Standing Proud

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** November 01, 2006
**Nation of 1st Publication:** United States

## Author

- **Author:** Joseph Murray Hautman
  **Pseudonym:** Joseph Hautman
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-359-230

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 22, 2023

## Title
—

Title of Work: Watchful Pause

## Completion/Publication
—

Year of Completion: 1996
Date of 1st Publication: September 01, 1996
Nation of 1st Publication: United States

## Author
—

- Author: Joseph Murray Hautman
  Pseudonym: Joseph Hautman
  Author Created: 2-D artwork
  Citizen of: United States
  Pseudonymous: Yes

## Copyright Claimant
—

Copyright Claimant: Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions
—

Organization Name: MHS Licensing
Name: John Haesler
Email: john@mhslicensing.com
Address: 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification
—



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-761

**Effective Date of Registration:**
June 22, 2023
**Registration Decision Date:**
August 17, 2023



## Title
_____

Title of Work: We'll Meet Again

## Completion/Publication
_____

Year of Completion: 2001
Date of 1st Publication: May 05, 2002
Nation of 1st Publication: United States

## Author
_____

- Author: Joseph Murray Hautman
  Pseudonym: Joseph Hautman
  Author Created: 2-D artwork
  Citizen of: United States
  Pseudonymous: Yes

## Copyright Claimant
_____

Copyright Claimant: Joseph Murray Hautman
410 Sycamore Circle, Plymouth, MN, 55441-5667, United States

## Rights and Permissions
_____

Organization Name: MHS Licensing
Name: John Haesler
Email: john@mhslicensing.com
Address: 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification
_____

Page 1 of 2

